IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONIC AMERICA, INC.,<br>.<br>    Defendants. | Civil Action No. 6:11-cv-1844-Orl-35KRS<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__  IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

  6:11-cv-1840-MSS-KRS; Brandywine Communications Technologies, LLC v. LG-Ericsson Co. Ltd., *et al.*;

  6:11-cv-1841-MSS-DAB; Brandywine Communications Technologies, LLC v. Avaya, Inc., *et al.*;

  6:11-cv-1842-JA-KRS; Brandywine Communications Technologies, LLC v. Shoretel, Inc.;

  6:11-cv-1843-MSS-KRS; Brandywine Communications Technologies, LLC v. Cisco Systems, Inc.;

  6:11-cv-1855-MSS-KRS; Brandywine Communications Technologies, LLC v. Fortinet, Inc.;

  6:11-cv-1856-MSS-KRS; Brandywine Communications Technologies, LLC v. Toshiba Corporation, *et al.*;

  6:11-cv-1857-MSS-KRS; Brandywine Communications Technologies, LLC v. 3CX, Inc.; and,

      6:11-cv-1858-MSS-DAB; Brandywine Communications Technologies, LLC v. Digium, Inc.; and,

      6:11-cv-1859-JA-KRS; Brandywine Communications Technologies, LLC v. Vertical Communications, Inc.

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Respectfully submitted December 2, 2011.

      /s/ *Christopher T. Hill*_____
      Christopher T. Hill, Esq.
      Florida Bar No. 0868371
      Steven R. Main, Esquire
      Florida Bar No. 0144551
      Hill, Rugh, Keller & Main, P.L.
      390 N Orange Avenue, Suite 1610
      Orlando, FL 32801
      Tel: 407-926-7460
      Fax: 407-926-7461
      chill@hrkmlaw.com
      steve@hrkmlaw.com

      *Attorneys for Plaintiff Brandywine Communications Technologies, LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 2, 2011, I electronically filed the foregoing PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS with the Clerk of the Court using the CM/ECF system.

      /s/ *Christopher T. Hill*_____
      Christopher T. Hill, Esq.