JONATHAN D. BAKER (SBN 196062)
JBaker@farneydaniels.com
**FARNEY DANIELS LLP**
411 Borel Ave., Suite 350
San Mateo, California 94402
Telephone:    484-268-5200
Facsimile:     484-268-4645
ATTORNEY FOR BRANDYWINE
COMMUNICATIONS TECHNOLOGIES, LLC

CONO CARRANO (*pro hac vice admitted*)
JIN-SUK PARK (*pro hac vice admitted*)
ASHRAF A. FAWZY (*pro hac vice admitted*)
ROMEAO J. JENNINGS (SBN 281568)
ccarrano@akingump.com
jspark@akingump.com
afawzy@akingump.com
rjennings@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue NW, Suite 400
Washington, DC 20036-1511
Telephone:    202-887-4000
Facsimile:     202-887-4288
JOANNA H. KIM (BAR NO. 183799)
jkim@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone:    310-229-1000
Facsimile:     310-229-1001
ATTORNEYS FOR SAMSUNG ELECTRONICS CO,
LTD. & SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS | Case No. 2:12-cv-03749-JAK (AJWx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND STAY PENDING DISMISSAL BASED ON SETTLEMENT AGREEMENT AND SETTING ORDER TO SHOW CAUSE RE DISMISSAL** |

| | |
|---|---|
| AMERICA, LLC, <br><br>            Defendants. | Hon. John A. Kronstadt |

Upon review of the Parties' Stipulation to Extend Stay Pending Dismissal Based on Settlement Agreement, and finding good cause,

IT IS ORDERED that the stay of all dates and deadlines in this case is extended until December 14, 2012. The Court sets an Order to Show Cause re Dismissal for January 7, 2013 at 1:30 p.m. If the matter has been dismissed prior to that date, no appearances are required.

IT IS SO ORDERED.

Dated: December 6, 2012

Hon. John A. Kronstadt
United States District Judge

- 2 -